IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT REEVES BLAKEWOOD,** | Case No. 5:11-cv-00142-LHK |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **JAMES D. HARLEY, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (14) days to and including April 2, 2012, to file an answer to the petition for writ of habeas corpus.

Therefore, the Answer filed by Respondent on April 2, 2012, is deemed timely. Petitioner may file a reply within thirty (30) days after the answer has been filed and served.

Dated: April 23, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
U.S. DISTRICT COURT JUDGE

[Proposed] Order (5:11-cv-00142-LHK)