```
Robert Bratberg, Esq. SBN 99368
1014 Hopper Ave. #425
Santa Rosa, CA 95403
Telephone No.: (707) 293-6298
Fax No.: (707) 546-3299
E-mail: rb95403@sbcglobal.net
Attorney for Petitioner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT REEVES BLAKEWOOD, | ) Case No.: 5:11-CV-00142-LHK |
| Petitioner, | ) ~~PROPOSED~~ ORDER |
| v. | ) |
| JAMES D. HARTLEY, Warden, | ) |
| Respondent. | ) |

ORDER

The Court having read and reviewed the Declaration of Robert Bratberg in support of the Petitioner's Application to amend his Reply to the Answer to Petition for Writ of Habeas Corpus and to amend his Points and Authorities in support of Petitioner's Reply to Answer to Petition for Writ of Habeas Corpus, finds good cause exists in support

~~Proposed~~ Order- Robert Reeves Blakewood v. James D. Hartley, Warden, Case No. 5:11-cv-00142-LHK

1

1 | thereof and thus, HEREBY ORDERS that Petitioner is granted leave to
2 | file his Amendments, as referred to in his Application, on or before
3 | May 8, 2012.

Date: ~~May ___, 2012~~
     March 1, 2013

*Lucy H. Koh*
LUCY H. KOH
UNITED STATE DISTRICT JUDGE

~~Proposed~~ Order- Robert Reeves Blakewood v. James D. Hartley, Warden, Case No. 5:11-cv-00142-LHK

2